STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 3 1 2000
at 10 o'clock and 15 min. __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR00-00232 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>          Plaintiff, )<br>     )<br>vs.  )<br>     )<br>MICHAEL NICHOLOULIAS, )<br>     )<br>          Defendant. )<br>     ) | CR. NO. _____<br><br>INDICTMENT<br>[18 U.S.C. §§ 371, 472,<br> and 473] |

### INDICTMENT

#### COUNT 1:

The Grand Jury charges that:

From on or about July 1, 1997, to on or about June 22, 1999, in the District of Hawaii and elsewhere, the Defendant, MICHAEL NICHOLOULIAS, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate,

and agree together and with each other, to commit an offense against the United States, namely, with intent to defraud, to bring or caused to be brought into the United States and to keep in their possession and conceal, falsely made, forged, and counterfeited obligations and securities of the United States, in violation of Title 18, United States Code, Section 472.

OVERT ACTS

In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt acts, among others, were committed in District of Hawaii and elsewhere:

1.   Between on or about July 5, 1997 and on or about August 31, 1997, Defendant Michael Nicholoulias and an unnamed co-conspirator, identified herein as "H.O.C.", a person from the country of Columbia, met at a Waikiki bar wherein Defendant agreed to obtain from "H.O.C." counterfeit United States currency which was to be thereafter passed as genuine currency within the District of Hawaii;

2.   Between on or about December 1, 1998 and on or about December 31, 1998, co-conspirator "H.O.C." while in Bogota, Columbia, did mail to the Defendant, ten (10) $100.00 counterfeit bills, which Defendant did thereafter pass as real currency within the District of Hawaii;

3.   Between on or about April 1, 1999 and on or about April 30, 1999, co-conspirator "H.O.C." while in Bogota,

Columbia, did mail to the Defendant, ten (10) $100.00 counterfeit bills, which Defendant did thereafter pass as real currency within the District of Hawaii;

4. Between on or about May 1, 1999 and on or about May 31, 1999, co-conspirator "H.O.C." while in Bogota, Columbia, did mail to the Defendant, twelve (12) $100.00 counterfeit bills, which Defendant did thereafter pass as real currency within the District of Hawaii;

5. On or about June 11, 1999, co-conspirator "H.O.C." while in Bogota, Columbia, did mail to the Defendant in the District of Hawaii, thirteen (13) $100.00 counterfeit bills;

All in violation of Title 18, United States Code, Section 371.

COUNT 2:

The Grand Jury further charges that:

On or about June 1, 1999, in the District of Hawaii and elsewhere, MICHAEL NICHOLOULIAS, Defendant herein, did buy a false, forged, and counterfeited obligation and security of the United States, to wit, thirteen (13) $100.00 counterfeit bills, with the intent that the same be passed, published, and used as true and genuine.

///

All in violation of Title 18, United States Code, Section 473.

DATED: 5/31/2000 , 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY

United States v. Michael Nicholoulias,
Cr. No. 00-_____;
Indictment

4